COOKE et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 19, 1921.) No. 93. In Error to the District Court of the United States for the Southern District of New York. Leslie H. Cooke and another were convicted of using the mails in the furtherance of a scheme to defraud, and they bring error. Affirmed. James A. Turley, of New York City (Vincent T. Follmar, of New York City, of counsel), for plaintiffs in error. William Hayward, U. S. Atty., of New York City (John E. Joyce, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

COUSE et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 21, 1921.) No. 50. In Error to the District Court of the United States for the Southern District of New York. Jose Couse and another were convicted of offenses, and they bring error. Affirmed. Silas B. Axtell, of New York City, for plaintiff in error. William Hayward, U. S. Atty., of New York City (Peter B. Olney, Jr., Asst. U. S. Atty., of New York City, of counsel), for the United States. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed, upon the authority of Hamilton et al. v. United States (C. C. A.) 268 Fed. 15, certiorari denied 254 U. S. 645, 41 Sup. Ct. 15, 65 L. Ed. ——.

---

DAVIS, Director General of Railroads, v. REITZ. (Circuit Court of Appeals, Second Circuit. December 5, 1921.) No. 72. In Error to the District Court of the United States for the Southern District of New York. Action by Frank Reitz, as administrator of the goods, chattels, and credits of Arthur Frank Reitz, deceased, against James G. Davis, Director General of Railroads, as Agent under Transportation Act 1920 (41 Stat. 461) § 206. Judgment for plaintiff, and defendant brings error. Affirmed. Alex S. Lyman, of New York City (William Mann, of New York City, of counsel), for plaintiff in error. Almy, Van Gordon & Evans, of New York City (William S. Evans, of New York City, of counsel), for defendant in error. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

DAVIS, Director General, etc., v. SCHAEFER. (Circuit Court of Appeals, Second Circuit. December 22, 1921.) No. 111. In Error to the District Court of the United States, for the Southern District of New York. Action by Jacob Schaefer, as administrator of Harry Schaefer, deceased, against James C. Davis, Director General of Railroads, as Agent, under section 206 of the Transportation Act of 1920 (41 Stat. 461). Judgment for plaintiff, and defendant brings error. Reversed, and new trial awarded. John A. Gibbons, for plaintiff in error. Thomas J. O'Neill, of New York City (J. A. Goodwin and Leonard F. Fish, both of New York City, of counsel), for defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. This case is indistinguishable from that of Heller v. New York, etc., Railroad Co. (C. C. A.) 265 Fed. 192, a decision rendered after the trial of this cause. Judgment reversed, and new trial awarded.

---

DAVIS v. WHELPLEY. (Circuit Court of Appeals, Sixth Circuit. October 7, 1921.) No. 3560. In Error to the District Court of the United States for the Eastern Division of the Northern District of Ohio; Westenhaver, Judge. Squire Sanders & Dempsey, of Cleveland, Ohio, for plaintiff in error. Newcomb, Newcomb & Nord, of Cleveland, Ohio, and Sheldon & Rinto, of Ashtabula, Ohio, for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.